DORIS McCREADY,  SBN 148832
BERNHEIM, GUTIERREZ & McCREADY
255 North Lincoln Street
Dixon, CA 95620
Ph.: (707) 678-4447
Fax: (707) 678-0744
e-mail: law@bernheimlaw.net

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA ANN DAVIS, | NO.  CIV. S-04-1196 WBS/GGH |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE |
| v. | FED. R. CIV. P. 41(a) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1-20, | DEPT:  JUDGE SHUBB |
| Defendants. | |

## STIPULATION

Plaintiff PAMELA ANN DAVIS and Defendant The Prudential Insurance Company of America hereby stipulate and agree that, pursuant to the parties' settlement, this entire action may be, and hereby is, dismissed with prejudice.   Each party to pay its own costs of suit.

Date:_____                              _____
                                                  Doris McCready, Attorney for Plaintiff

Date:_____                              _____
                                                  Mark T. McClenning,
                                                  Attorney for Defendant

IT IS SO ORDERED.

Date: August 30, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL